# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

BRANDON DANNER                                                                 PLAINTIFF

V.                      No. 3:22-CV-239-LPR-JTR

BURNS, Nurse,
TurnKey Health Services, *et al.*                                  DEFENDANTS

## **ORDER**

On November 4, 2022, Plaintiff Brandon Danner notified the Court that he has been released from incarceration and is currently residing at a private address in Little Rock, Arkansas. *Doc. 14*. If Danner wishes to continue pursuing this lawsuit, he must file an updated *in forma pauperis* application that reflects his free-world financial status or pay the $402 filing and administrative fee.[1]

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to mail Danner a free-world Application to Proceed *In Forma Pauperis*.

2. If Danner wishes to continue pursuing this lawsuit, then within thirty (30) days of this Order—**on or before May 4, 2023**—he must either: (a) file a completed free-world Application to Proceed *In Forma Pauperis;* or (b) pay the

---

[1] According to the Court's records, the initial partial filing fee of $47.77 that was assessed by the Court on September 26, 2022 was never remitted, and no other installments have been received. *See Doc. 7*.

$402 filing fee owed for this action. If he does not comply with this Order, this case will be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED, this 4th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE