# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**BRANDON DANNER**                                                                                              **PLAINTIFF**

v.                                    Case No. 3:22-cv-00239-LPR

**BURNS,** *Nurse, TurnKey Health Services*
*(Greene County Detention Center)*, **et al.**                                                 **DEFENDANTS**

## ORDER

On September 9, 2022, Plaintiff Brandon Danner, an inmate in the Greene County Detention Center, filed a *pro se* complaint pursuant to 42 U.S.C. § 1983.[1] On November 4, 2022, Plaintiff updated his mailing address to a private address in Little Rock, Arkansas.[2] On May 10, 2023, mail sent to Plaintiff at the Little Rock address was returned undeliverable.[3] On May 12, 2023, the Court entered an Order directing Plaintiff to file a notice of his current mailing address, within thirty (30) days, if he wished to proceed with this lawsuit.[4] The Court warned Plaintiff that failure to comply with the Order may result in dismissal of his Complaint.[5] Plaintiff has not timely complied with the May 12, 2023 Order, and the time for doing so has expired.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 1).

[2] Notice of Change of Address (Doc. 14).

[3] Returned Mail (Doc. 21).

[4] Order (Doc. 22).

[5] *Id.*

IT IS SO ORDERED this 24th day of October 2023.

                                                                      _____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE