IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BRANDON DANNER**                                                                                        **PLAINTIFF**

v.                                     Case No. 3:22-cv-00239-LPR

**BURNS,** *Nurse, TurnKey Health Services*
*(Greene County Detention Center)*, **et al.**                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and prior Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Brandon Danner's Complaint is DISMISSED without prejudice. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 24th day of October 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE